# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
***mail all correspondence

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

May 20, 2026

Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

**Letter Motion:**
**Extension of Time Request**

Application GRANTED. SO ORDERED.
Dated: May 21, 2026

**Re: Jose Benjamin Barbosa v. Comm'r of SSA  1:26-CV-01354-SDA**

Dear Honorable Judge Aaron:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Opening Brief is due on May 20, 2026. An influx of certified administrative record filings have caused multiple conflicts on the briefing calendar. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion to be extended 60 days through and including, July 20, 2026. No previous request for an extension has been made in this case. Defendant consents to this request, and the parties have agreed to the following proposed briefing schedule:

- Plaintiff's brief shall be due July 20, 2026;
- Defendant's brief shall be due September 18, 2026; and
- Plaintiff's reply brief shall be due October 9, 2026.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:    Jonathan King, Esq.  (Via ECF)
        Attorney for Defendant.