# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
****mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

September 3, 2026

Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

**Letter Motion: Third Extension of Time Request**

Application GRANTED. SO ORDERED.
Dated: September 4, 2026

**Re: Jose Benjamin Barbosa v. Comm'r of SSA 1:26-CV-01354-SDA**

Dear Honorable Judge Aaron:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief is due on September 3, 2026. Plaintiff's counsel remains slightly behind schedule in briefing due to a heavy workload. Plaintiff therefore writes to respectfully request a short 7-day extension of time within which to file Plaintiff's Opening brief, through September 10, 2026. This is Plaintiff's third request for extension of time. The Defendant has given consent and has requested an additional 60 days from the filing of Plaintiff's brief. Accordingly, the proposed revised schedule is as follows:

- Plaintiff's Opening Brief due September 10, 2026;
- Defendant's Response Brief due November 9, 2026;
- Plaintiff's Reply Brief, if any, due November 23, 2026.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc: Jonathan M. King , Esq. (Via ECF)
Attorney for Defendant.